AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
**Reynaldo Garcia-Aragus**

**CRIMINAL COMPLAINT**

Case Number: M-19-747-M

IAE   YOB: 1977
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 31, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Abram, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Reynaldo Garcia-Aragus was encountered by Border Patrol Agents near Abram, Texas on March 31, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on March 31, 2019 near Hidalgo, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on March 8, 2019 through Brownsville, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On December 2, 2016, the defendant was convicted of 8 USC 1326 Illegal Re-Entry by a Previously Deported Aggravated Felon and was sentenced to thirty-five (35) months confinement and three (3) years supervised release term.

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

Approved by Robert Guerra
AUSA

Sworn to before me and subscribed in my presence,

April 1, 2019 - 3:26 pm

Signature of Complainant
Nicolas Burgos   Senior Patrol Agent

Juan F. Alanis   , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer